# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETR MISAR,<br><br>　　　　　Defendant. | Case No. 2:16-cr-081-JCM-CWH<br><br>**ORDER** |

　　Based on the Motion to Dismiss filed by the Government on May 5, 2016 and good cause appearing therefore,

　　IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion [ECF 28] is GRANTED; this case is DISMISSED, and the defendants should be released forthwith.

　　DATED May 6, 2016, 2:00 p.m.

_____
　　　　UNITED STATES DISTRICT JUDGE
　　　　Jennifer Dorsey