# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-081-JCM-CWH |
| Plaintiff, | **AMENDED ORDER** |
| PETR MISAR and JANA ZEMLICKOVA, | |
| Defendants. | |

Based on the Motion to Dismiss filed by the Government on May 5, 2016 and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion [ECF 28] is GRANTED; this case is DISMISSED, and defendants PETR MISAR and JANA ZEMLICKOVA should be released forthwith.

DATED May 6, 2016, 3:05 p.m.

_____
UNITED STATES DISTRICT JUDGE
Jennifer Dorsey